SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3771
   Fax: (510) 637-3724
   doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 98-292 MJJ |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL AND ORDER |
| CHRISTOS GRATSINOPOULOS., | |
| Defendant. | |

    With leave of the Court, and pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, the United States Attorney for the Northern District of California dismisses the Indictment and Warrant for Arrest. The defendant died on or about March 20, 2001.

DATED: January 18, 2008.         Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     /s/
                                     W. DOUGLAS SPRAGUE
                                     Assistant United States Attorney

NOTICE OF DISMISSAL

1 | Leave of the Court is granted to the government to dismiss the Indictment and
2 | Warrant for Arrest against the defendant.

DATED: January 22, 2008.

*Martin J. Jenkins* (signature)

Martin J. Jenkins
U.S. DISTRICT COURT JUDGE